# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | | |
|---|---|---|
| **PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| **NIKO LOGISTICS CORPORATION, ROBERT MICOV** | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Jaroslav Krupa, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to ROBERT MICOV in DuPage County, IL on April 8, 2026 at 7:14 pm at 51 Ashton Dr, Burr Ridge, IL 60527-0308 by leaving the following documents with Robert Micov who as REGISTERED_AGENT is authorized by appointment or by law to receive service of process for ROBERT MICOV.

VERIFIED COMPLAINT

Additional Description:
Robert Micov.
Race: White, Sex: Male, Est. Age: 35-44, Hair: Brown, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=41.7262883333,-87.9162216667
Photograph: See Exhibit 1

Total Cost: $295.50

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Jaroslav Krupa*
_____

Executed in

__DuPage County_____ ,

___IL_____ on ___4/9/2026_____ .

Signature
Jaroslav Krupa
+1 (708) 935-0177
Proof Illinois LLC
No. 117.001863

Below are my previous attempts at serving ROBERT MICOV:

Date / Time: April 1, 2026 4:11 pm
Address: 51 Ashton Dr, Burr Ridge, IL 60527-0308
Geolocation: https://google.com/maps?q=41.72627,-87.916145
Description: No contact was made at the service address. Observed that there were no vehicles at the location and no relevant details during this attempt. No additional contacts were made.

Date / Time: April 6, 2026 9:56 am
Address: 51 Ashton Dr, Burr Ridge, IL 60527-0308
Geolocation: https://google.com/maps?q=41.7261366667,-87.9160616667
Description: I spoke with cleaning lady. They confirmed that the subject resides at this address but was not available at the time. A Chevy with license plate 2480941B was parked in the driveway. No additional contacts were made. I caused Proof Colorado LLC to run a tag search. The vehicle is not registered to the servee.

Date / Time: April 8, 2026 11:33 am
Address: 51 Ashton Dr, Burr Ridge, IL 60527-0308
Geolocation: https://google.com/maps?q=41.72623,-87.91607
Description: I spoke with contractor. They confirmed that the subject resides at this address but was not available at the time. A Toyota with license plate DF 40780 was parked in the driveway. No additional contacts were made. I caused Proof Colorado LLC to run a tag search. The vehicle is not registered to the servee.

Exhibit 1a)

