**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC, | ) ) ) ) | Case No. 1:26-cv-2671 |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Honorable Thomas M. Durkin |
| NIKO LOGISTICS CORPORATION and ROBERT MICOV, | ) ) ) ) | |
| *Defendants.* | ) ) | |

**CERTIFICATE OF SERVICE**

To:    Niko Logistics Corporation        Robert Micov
       c/o Robert Micov                  51 Ashton Dr.
       51 Ashton Dr.                     Burr Ridge, IL 60527-0308
       Burr Ridge, IL 60527-0308

I, C. Randall Woolley, an attorney, do hereby certify under penalties of perjury that on May 8, 2026, I caused a copy of the *Plaintiff's Request for Clerk's Entry of Default as to Defendants,* filed on May 8, 2026, along with Exhibit A, as to Niko Logistics Corporation and Robert Micov, to be served upon the aforementioned parties via first class mail by depositing the same in the U.S. Mail at 444 N. Michigan Ave., Chicago, IL 60611, with proper postage prepaid on this 8th day of May, 2026.

Dated: May 8, 2026                     PNC BANK, NATIONAL ASSOCIATION,
                                       Successor by merger to PNC EQUIPMENT
                                       FINANCE, LLC,

                        By:    /s/ C. Randall Woolley_____
                               C. Randall Woolley
                               Darcy & Devassy PC
                               444 N. Michigan Ave, Suite 3270
                               Chicago, IL 60611
                               Tel: (312) 784-2400
                               Fax; (312) 784-2410
                               rwoolley@darcydevassy.com